## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| RANDY LEE MATHES ) | |
| STEPHANIE NICHOLE MATHES ) | |
| 39 THOMPSON LANE ) | CASE NO: 16-06539-CMW-13 |
| HARTSVILLE, TN 37074 ) | CHAPTER 13 |
| SSN/ITIN: XXX-XX-3338/5328 ) | JUDGE WALKER |
| Debtors. ) | |

_____

### AGREED ORDER GRANTING DEBTOR'S MOTION TO SET ASIDE ORDER OF DISMISSAL PURSUANT TO RULE 9024 AND F.R.CIV.P. 60

This cause having been heard on the 30th day of December, 2020, and as evidenced by the signatures of the representatives of the parties entered below, respectively, it is hereby agreed that the Debtors' Motion to Set Aside Order of Dismissal shall be resolved as follows:

**ORDERED,** that the Debtors' Motion to Set Aside Order of Dismissal is hereby Granted, it is further

**ORDERED**, that Debtors shall implement within fourteen (14) days from the entry of this Order regularly scheduled weekly recurring debit payments in the amount of $198.47 through "TFS", it is further

**ORDERED,** that Mrs. Mathes' payments shall remain $276.26 semimonthly from her employer, it is further

**ORDERED**, that the Debtors agree to remit any tax refunds that they may receive through the remainder of the Chapter 13 Plan, it is further

**ORDERED**, that the plan length shall be extended to eighty-four (84) months, it is further

**ORDERED,** that the base shall be $108,991.00, it is further

**ORDERED**, that the Debtors' plan payment shall remain the same.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

*/s/ Ryan Lloyd*
RYAN LLOYD, #034323
Clark & Washington, PC
Attorneys for Debtor(s)
237 French Landing Drive
Nashville, TN  37228
615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com




*/s/* /s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
615-244-1101; Fax:615-242-3241
aoecf@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: C=US, CN="/s/ Henry E. Hildebrand, III", E=pleadings@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2021-01-12 16:16:48
Foxit Reader Version: 9.5.0